AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

Weigang Wang, et al
                    Plaintiff (s),
       V.
Chapei LLC, et al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv02950

Notice is hereby given that, subject to approval by the court, __Weigang Wang and Hailong Yu__ substitutes
(Party (s) Name)

__Jonathan Hernandez__, State Bar No. __103862015__ as counsel of record in
(Name of New Attorney)

place of __David Stein__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Troy Law, PLLC
    Address:            41-25 Kissena Boulevard Suite 119
    Telephone:       (718) 762-1324     Facsimile (718) 762-1342
    E-Mail (Optional):  johntroy@pllc.com

I consent to the above substitution.
Date: 11/3/2015
(Signature of Party (s))

I consent to being substituted.
Date: Nov. 5, 2015
(Signature of Former Attorney (s))
DAVID STEIN

I consent to the above substitution.
Date: 10/23/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 11/9/2015
                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]