UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEIGANG WANG *et al.*, | : |
| Plaintiffs, | : Civil Action No. 15-2950 (MAS)(DEA) |
| v. | : **ORDER** |
| HAILONG YU, *et al.*, | : |
| Defendants. | : |

This matter comes before the Court on a motion [ECF No. 21] by Plaintiffs to amend the Complaint to add two additional defendants. The parties appeared before the Court for a conference on April 20, 2016, during which the Court advised the parties of its decision on the instant motion. For the reasons set forth on the record of that proceeding,

**IT IS** on this 20th day of April 2016,

**ORDERED** that Plaintiffs' motion to amend is hereby DENIED.

/s/ Douglas E. Arpert
DOUGLAS E. ARPERT
United States Magistrate Judge