

John Troy <johntroy@troypllc.com>

## Re: Chapei // Service
1 message

**Troy Law** <troylaw@troypllc.com>   Thu, Apr 21, 2016 at 3:39 PM
To: Heng Wang <heng.wang@wanggaolaw.com>
Bcc: Troy Law <troylaw@troypllc.com>

Thank you for advise.

### TROY LAW
***Attorneys & Counselors at Law***
Queens:  41-25 Kissena Blvd., Suite 119, Flushing NY 11355. Tel: (718) 762-1324
Taipei:  372 LinSen N. Road, Suite 1100, Taipei 10446 Tel: (886+2)-2571-2572

蔡鴻章 律師事務所

*Our firm does not accept paper or fax correspondence, including service, and production of documents, which must be made by emailing a PDF.*

On Thu, Apr 21, 2016 at 8:57 AM, Heng Wang <heng.wang@wanggaolaw.com> wrote:

> 408 Communication
>
> Hi John, you can do whatever, but your case will not turn into money. Unless my client decides to abandon the case, I will make every step difficult for you. Even if they abandon the case, your judgment will remain as a piece of paper forever. I hope you don't take it personally as I'm just doing my job.
>
> Enjoy!
>
>
> --
>
> Heng Wang, Esq.
>
>
> Wang, Gao & Associates, P.C.
>
> 36 Bridge Street
> Metuchen, NJ 08840
> Tel:  (732) 767-3020
> Fax:  (732) 343-6880
>
>
> 7 Mott Street, Suite 600
>
> New York, NY 10013

Tel: (646) 543-5848

Fax: (646) 572-8998

www.wanggaolaw.com

NOTE: This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at (732) 767-3020, or e-mail at info@wanggaolaw.com, and immediately delete this message and all its attachments.

**From:** Troy Law [mailto:troylaw@troypllc.com]
**Sent:** Wednesday, April 20, 2016 6:33 PM
**To:** Heng Wang
**Subject:** Re: Chapei // Service

Let us see, you will find.

By the way, we will push chapei even harder if that is the case.

John

# TROY LAW
*Attorneys & Counselors at Law*
Queens: 41-25 Kissena Blvd., Suite 119, Flushing NY 11355. Tel: (718) 762-1324
Taipei: 372 LinSen N. Road, Suite 1100, Taipei 10446 Tel: (886+2)-2571-2572

蔡鴻章 律師事務所

*Our firm does not accept paper or fax correspondence, including service, and production of documents, which must be made by emailing a PDF.*

On Wed, Apr 20, 2016 at 3:36 PM, Heng Wang <heng.wang@wanggaolaw.com> wrote:

Mr. Troy, I don't know. I need to speak to the client about it.

I'm not sure what they want to do with this case. She was willing to put a little money in your hands today but I guess you missed it. Your 6-figure demand is ridiculous, but your clients can continue daydreaming. She just lost her only house earlier this month, and you still think you can squeeze blood from a stone? Check court records about the foreclosure. If my client decides to abandon the case and allow you to get a judgment, what are you gonna do with a Chinese restaurant, Mr. Troy?

ShopRite is no longer in the picture. You no longer have any bargaining chips.

--

Heng Wang, Esq.

Wang, Gao & Associates, P.C.

36 Bridge Street
Metuchen, NJ 08840
Tel: (732) 767-3020
Fax: (732) 343-6880

7 Mott Street, Suite 600

New York, NY 10013

Tel: (646) 543-5848

Fax: (646) 572-8998

www.wanggaolaw.com

NOTE: This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at (732) 767-3020, or e-mail at info@wanggaolaw.com, and immediately delete this message and all its attachments.

**From:** Troy Law [mailto:troylaw@troypllc.com]
**Sent:** Wednesday, April 20, 2016 2:21 PM
**To:** Wang Gao Law
**Subject:** Chapei // Service

Dear Mr. Wang,

Let us consent to the email service to serve mutual interest?

Agree? please let me know.

John Troy

# TROY LAW

**Attorneys & Counselors at Law**
Queens: 41-25 Kissena Blvd., Suite 119, Flushing NY 11355. Tel: (718) 762-1324
Taipei: 372 LinSen N. Road, Suite 1100, Taipei 10446 Tel: (886+2)-2571-2572

蔡鴻章 律師事務所

*Our firm does not accept paper or fax correspondence, including service, and production of documents, which must be made by emailing a PDF.*