TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324
Fax:   (718) 762-1342
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

WEIGANG WANG and HAILONG YU,
on behalf of themselves and others similarly situated

                             Plaintiffs,

          v.

CHAPEI LLC d/b/a Wok Empire,

Case No: 15-cv-2950 (MAS)(DEA)

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**