TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324
Fax:   (718) 762-1342
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
WEIGANG WANG and HAILONG YU,
on behalf of themselves and others similarly situated

                                     Plaintiffs,

Case No: 15-cv-2950 (MAS)(DEA)

**PLAINTIFFS' FIRST SET OF INTERROGATOREIS TO DEFENDANTS**

v.

CHAPEI LLC d/b/a Wok Empire,

