**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                     **DATE:** August 11, 2016
**JUDGE** DOUGLAS E. ARPERT
**COURT REPORTER:** Digitally Recorded

**TITLE OF CASE:**                                         **DOCKET # 15-CV-2950(MAS)**
WEIGANG WANG, et al.
       vs.
CHAPEI LLC, et al.

    **DEFT. PRESENT**

**APPEARANCES:**
Lina Franco, Esq. for Plaintiff
Heng Wang, Esq. for Defendant

**Nature of Proceedings**:    In Person Status Conference held on the record on 8/11/2016.

ORDERED [36] First Motion to Compel by Weigang Wang, Hailong Yu – DENIED.


**Time Commenced: 2:20 PM**
**Time Adjourned: 2:35 PM**
**Total Time:** (15)

                                                   S/Charmaine D. Ellington
                                                    DEPUTY CLERK