UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WEIGANG WANG, et al., | : Civil Action No. 15-2950 (MAS) | |
| Plaintiffs, | : | |
| v. | : | ORDER |
| CHAPEL, L.L.C., et al., | : | |
| Defendants. | : | |
| _____ | : | |

This matter comes before the Court on a "motion" [ECF No. 36] by Plaintiffs to compel discovery. The parties appeared before the Court for a conference on August 11, 2016, during which the Court advised the parties of its decision on the instant motion. For the reasons set forth on the record of that proceeding,

IT IS on this 12th day of August 2016,

ORDERED that Plaintiffs' Motion is hereby DENIED.

s/ Douglas E. Arpert
DOUGLAS E. ARPERT
United States Magistrate Judge