TROY LAW, PLLC
*Attorneys for Plaintiffs, the proposed FLSA Collective and potential Rule 23 Class*
John Troy (JT 0481) admitted by *pro hac vice*
Lina Franco, Esq.
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
------------------------------------------------------------X
WEIGANG WANG and HAILONG YU, *individually and on behalf of others similarly situated*,
                              Plaintiffs,

           -against-
CHAPEI LLC d/b/a Wok Empire,
CHA LEE LO, and
JOHN DOES #1-10
                              *Defendants.*
------------------------------------------------------------X

**Case No: 15-cv-2950**

**COLLECTIVE ACTION UNDER 29 U.S.C. § 216(B) & F.R.C.P. RULE 23 CLASS ACTION**

**DECLARATION OF LINA FRANCO, ESQ.**

I, Lina Franco, Esq., an attorney admitted to practice before the United States District Court for the District of New Jersey, hereby declare, under penalty of perjury, as follows:

1. I am associated with the law firm Troy Law, PLLC, counsel for the Plaintiffs. I have personal knowledge of the following facts.

2. The deadline to file a motion of reconsideration of the Court's August 12, 2016 Order was August 26, 2016.

3. I submit this declaration detailing the failed attempts that I made to electronically file the motion for reconsideration.

1

4. On August 26, 2016 at 5:00pm, I attempted to electronically file the motion for reconsideration on the United States District Court for the District of New Jersey's Electronic Case Filing ("ECF") system.

5. However, due to a technical failure with the ECF system I was unable to file the motion for reconsideration.

6. At 6:30pm on the same date, I again attempted to file said documents and again I was unable to do so as the system was still not running properly.

7. On August 27, 2016, when the ECF system was back up and functioning I filed the motion for reconsideration.

Date: Flushing, New York
      August 29, 2016

Respectfully submitted,
TROY LAW, PLLC

By: /s/

Lina Franco, Esq.
*Attorney for Plaintiff and proposed collective action members*
41-25 Kissena Boulevard, Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
Fax: (718) 762-1342
johntroy@troypllc.com