**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------------ x

WEIGANG WANG, AND
HAILONG YU
*on behalf of themselves and others similarly situated,*

                                 Plaintiffs,        Case No: 15-cv-2950

              v.

CHAPEI LLC
    d/b/a Wok Empire
CHA LEE LO, and
JOHN DOES #1-10

                                Defendants.

------------------------------------------------------------------ x

## MOTION TO WITHDRAW AS COUNSEL

    Adam Dong, undersigned counsel, respectfully moves to withdraw as counsel for Plaintiffs in the above-captioned matter, as his last day with the law firm of Troy Law, PLLC is September 18, 2019. Troy Law, PLLC will continue to represent Plaintiffs in this matter, and no party will be prejudiced if this motion is granted.

    **WHEREFORE**, the undersigned counsel and Plaintiffs respectfully request that this Court permits Adam Dong to withdraw as counsel for Plaintiffs in this matter.

Dated: September 18, 2019
       Flushing, NY

                                                      Respectfully Submitted,

                                                      TROY LAW, PLLC

                          By:    /s/ Adam Dong
                                   Adam Dong, Esq.
                                   41-25 Kissena Blvd, Suite 119
                                   Flushing, New York 11355
                                   Phone: (718) 762-1324
                                   Fax: (718) 762 1342
                                   Email: troylaw@troypllc.com
                                   *Attorney for Plaintiffs*